No. 04–5334. REINHOLT v. REINHOLT. Sup. Ct. Fla. Certiorari denied.

No. 04–5335. SATTERFIELD v. HUSKEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5336. MCKENZIE v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5338. ATCHERLEY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–5339. RODRIGUEZ v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5341. MORALES v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 04–5342. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5343. CAIN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–5344. COYAZO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5345. ADAMS v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS. C. A. 3d Cir. Certiorari denied.

No. 04–5346. EVANS v. YOUNG, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5347. ORTEGA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5348. PEPPERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5350. BARBER v. FEDERAL BUREAU OF PRISONS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–5351. SPITZNAS v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–5353. MILLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.